### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOE K. RICHARDS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-13-149-M |
| ) | |
| DISTRICT COURT OF COMANCHE ) | |
| COUNTY, ) | |
| ) | |
| Respondent. ) | |

### ORDER

On April 2, 2013, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 be dismissed upon filing as time-barred. Petitioner was advised of his right to object to the Report and Recommendation by April 22, 2013. On April 24, 2013, petitioner filed his objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 13] issued by the Magistrate Judge on April 2, 2013, and

(2) DISMISSES the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 as time-barred.

**IT IS SO ORDERED this 1st day of May, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE